UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

FILED
FEB 0 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN RE: EDGAR P. SOLACHE   )   No. 08 CR 500 03
                          )
                          )   Judge Frederick J. Kapala

## NOTICE OF CRIMINAL CONTEMPT AND PROSECUTION

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby provides notice to Edgar Solache of the following:

1. The court has requested that the attorney for the government prosecute the contempt of Edgar P. Solache ("Solache").

2. As required by Rule 42(a)(1)(A), Fed.R.Crim.Pro., the trial of the criminal contempt shall be held on such date and time as stated in open court by the court or in any order to show cause that may be issued.

3. The essential facts constituting the charged criminal contempt are as follows:

   a. On February 26, 2003, Solache filed a civil complaint in this court in *Edgar Solache v. Nissan Forklift Corp.*, No. 03 C 50077 (USDC ND IL WD). In that cause, Solache filed a motion for appointment of counsel. That motion was granted in part and on March 26, 2003, an attorney was appointed to be Solache's standby counsel. Solache moved to proceed *in forma pauperis*. When the court denied the motion stating that Solache had employed counsel in the court, Solache filed a motion asking the court to reconsider and

stated to the court that his attorney is appointed as "stand-by" counsel. His motion was denied by the court.

      b.      On July 19, 2007, Solache filed a civil complaint in this court in *Edgar P. Solache v. Loves Park Police Dept. and Det. Lynch*, No. 07 C 50136 (USDC ND IL WD). In that cause, Solache filed an *In Forma Pauperis* Application and Financial Affidavit seeking appointment of counsel and waiver of filing fees. The application was denied on August 3, 2007, and the cause was dismissed.

      c.      On December 13, 2007, Solache filed a civil complaint in this court in *Edgar Solache v. Grupo Antolin and UAW*, No. 07 C 50239 (USDC ND IL WD). That same day, Solache filed a Motion for Appointment of Counsel and an *In Forma Pauperis Application and Financial Affidavit* seeking appointment of counsel and waiver of filing fees. In his motion for appointment of counsel, question number three states:

> 3.    In further support of my motion, I declare that (check appropriate box):
>
> ☐    I am not currently, no previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
>
> ☐    I am currently, or previously have been, represented by an attorney appointed by this Court in the proceedings(s) described on the back of this page.

Solache checked the first box, and left the second box unchecked. Solache signed the motion. Above his signature it states, "I declare under penalty that the foregoing is true and correct."

      d.      On January 4, 2008, Solache appeared before the district court in *Solache v. Grupo Antolin and UAW*, and was advised that the court was considering Solache's *In Forma Pauperis Application* (request to file his case without having to pay any

2

filing fees) and his request for the appointment of an attorney to represent him. Solache was duly sworn by the court and took an oath that he would testify truthfully, and advised that his answers to the court's questions must be truthful or he could be prosecuted for perjury. When asked by the court if he had ever filed a lawsuit before in this court, Solache responded, "No." This answer was a material matter. Contrary to his oath, Solache willfully made this response knowing that it was not true and did so in an attempt to obstruct the administration of a judicial duty of the court.

4. To prove the criminal contempt, the government will rely in part upon transcripts of the proceedings in *Solache v. Grupo Antolin and UAW*, No. 07 C 50239 (USDC ND IL WD), on January 4, 2008, and January 11, 2008, and upon documents and materials filed in that cause, and well as the records in *Edgar Solache v. Nissan Forklift Corp.*, No. 03 C 50077 (USDC ND IL WD) and *Edgar P. Solache v. Loves Park Police Dept. and Det. Lynch*, No. 07 C 50136 (USDC ND IL WD).

WHEREFORE, the government respectfully provides notice to Edgar P. Solache as set forth herein.

                Respectfully submitted,

                PATRICK J. FITZGERALD
                United States Attorney

                BY: */s/ John G. McKenzie*
                    JOHN G. McKENZIE
                    Assistant United States Attorney
                    308 West State Street - Room 300
                    Rockford, Illinois 61101
                    (815) 987-4444

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that on February 1, 2008, copies of the following document:

## NOTICE OF CRIMINAL CONTEMPT AND PROSECUTION

were served upon Paul Gaziano, Esq., of the Federal Defender Program, and Edgar Solache.

                                          */s/ John G. McKenzie*
                                          JOHN G. McKENZIE
                                          Assistant United States Attorney
                                          308 West State Street - Room 300
                                          Rockford, Illinois 61101
                                          (815) 987-4444