## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50003 | **DATE** | 1/11/2008 |
| **CASE TITLE** | In Re: Edgar P. Solache | | |

**DOCKET ENTRY TEXT:**

The court requests the U.S. Attorney's Office file an order to show cause why Edgar P. Solache should not be held in contempt of court for apparent false statements made to the court relating to case number 07 C 50239. Edgar P. Solache advised of rights. Solache's oral motion for appointment of Paul Gaziano of the Federal Defender's Office is granted for the purposes of the order to show cause only. This matter is for 9:00 a.m. on January 18, 2008 for presentment of the order to show cause.

Advised in open court.

00:15

| | Courtroom Deputy Initials: | sw |
|---|---|---|