# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50003 | **DATE** | 1/18/2008 |
| **CASE TITLE** | In Re: Edgar P. Solache | | |

**DOCKET ENTRY TEXT:**

Government's oral motion for extension of time to review the matter is granted. This matter continued to 9:00 a.m. on February 1, 2008.

*/s/ Frederick J. Kapala*

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | sw |
|---|---|---|