# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50003 | **DATE** | 2/1/2008 |
| **CASE TITLE** | USA vs. Edgar P. Solache | | |

**DOCKET ENTRY TEXT:**

Government files Notice of Criminal Contempt and Prosecution. Defendant advised of rights. Status hearing set for 9:00 a.m. on February 8, 2008.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | sw |
|---|---|---|