# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50003 | **DATE** | 5/15/2008 |
| **CASE TITLE** | USA vs. Edgar Solache | | |

**DOCKET ENTRY TEXT:**

Case called for sentencing hearing. Defendant does not appear. Government's oral motion for issuance of arrest warrant is granted over objection. Issue warrant for arrest.

*Notices mailed by Judicial staff.*

00:30

| | Courtroom Deputy Initials: | sw |
|---|---|---|