UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

EDGAR P. SOLACHE

**FILED**

MAY 16 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 08 CR 50003-01

To: The United States Marshal or any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest EDGAR P. SOLACHE and bring him forthwith to the nearest magistrate judge to answer an:

___Indictment  ___Information  ___Complaint  _X_Order of court  ___Violation Notice  ___Supervised Release Violation Petition

charging him with: (brief description of offense) failure to appear for sentencing on May 15, 2008, on the charge of criminal contempt in violation of 18 U.S.C. § 401.

FREDERICK J. KAPALA
Name of Issuing Officer

U.S. DISTRICT JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

May 15, 2008, at Rockford, Illinois
Date and Location

[signature]
(By) Deputy Clerk

Bail fixed at $ _no bail_ by [signature]
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/15/2008 | C. Allen Reed DEPUTY US MARSHAL | C. Allen Reed |