## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50003 - 1 | **DATE** | 5/16/2008 |
| **CASE TITLE** | USA vs. Edgar P. Solache | | |

**DOCKET ENTRY TEXT:**

Sentencing hearing held. Transcript to stand as this court's findings of fact and conclusions of law. Enter judgment in a criminal case.



Docketing to mail notices.

01:00

F I L E D

JUN 0 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

| | Courtroom Deputy Initials: | SW |
|---|---|---|